BEFORE THE FIRST DIVISION, JANUARY 15, 1969

**No. P69/26.**—W. J. Byrnes & Co. of L.A., Inc. *v.* United States, protest 59/21481 (Los Angeles).

MALETZ, J. In accordance with stipulation of counsel that the merchandise covered by the foregoing protest consists of faceted stained glass window panels which are works of art, imported for and installed in a church, similar in all material respects to the stained glass windows the subject of *Mission of San Gabriel et al.* v. *United States* (44 Cust. Ct. 157, C.D. 2171); *V. Rev. Kilian McGowan, C. P. Rector* v. *United States* (56 Cust. Ct. 450, C.D. 2673); and *Castelazo & Associates et al.* v. *United States* (57 Cust. Ct. 67, C.D. 2728), the claim of the plaintiff was sustained.

BEFORE THE SECOND DIVISION, JANUARY 15, 1969

**No. P69/27.**—TAP Equipment Co. et al. *v.* United States, protests 66/62299, etc. (Los Angeles).

FORD, J. In accordance with stipulation of counsel that the merchandise covered by the foregoing protests consists of parts of D–2 and D–4 diesel engines which are parts of agricultural tractors similar in all material respects to those the subject of *TAP Equipment Co., dba Thrifty Equipment Co.* v. *United States* (58 Cust. Ct. 559, C.D. 3051), the claim of the plaintiffs was sustained.